**Motion Granted; Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01147-CV

## TESCO CORPORATION, Appellant

## V.

## JOSE DIAZ DE LEON A/K/A PEPE DE LEON, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2003-33519**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 11, 2012. On May 3, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.